UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE
2020 JUL 14 PM 3:28

**MEMO ENDORSED**

Lionel McCray, plaintiff,

-v-

Superintendent William Lee, et al.,
Defendants.

16-CV-1730 (KMK)

MOTION TO REQUEST APPOINTMENT OF COUNSEL

I Lionel McCray being duly sworn herein state that:

I Lionel McCray am the plaintiff in the above titled action, and I respectfully make this motion for a request for the court to appoint an attorney to represent me going forward in this matter. The reason why this motion should be granted is as follows:

① Plaintiff is an inmate prisoner currently in SHU in a New York state correctional facility. Plaintiff is also currently being denied access to his legal documents at his current SHU.

② Defendants are prison officials whom continues to retaliate against plaintiff because of this matter.

③ Plaintiff cannot properly move this matter forward nor conduct discovery without the aid of an attorney.

④ Plaintiff cannot afford the cost to pay for an attorney to represent him.

Wherefore plaintiff pray that this court grant his motion request for an attorney to be appointed on his behalf in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Marcy, New York
July 8th, 2020

Signed: McCray
Address: Mid-state Correctional Facility
P.O. Box 2500, Marcy, New York
13403

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIONEL McCRAY, plaintiff

-v-

Superintendent William Lee, et al.,
Defendants.

16-CV-1730 (KMK)

PROOF OF SERVICE

I Lionel McCray being duly sworn herein state that:

I Lionel McCray declare under penalty of perjury that on July 8th, 2020, I mailed a copy of the enclosed motion for request appointment of counsel via first class mail to the following:

(1) Assistant Attorney General Neil Shevlin
28 Liberty Street, 18th floor,
New York, New York 10005

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Marcy, New York
July 8th, 2020

Signed: McCray
Address: Mid-State Correctional Facility
P.O. Box 2500, Marcy, New York
13403

Defendants are directed to respond to Plaintiff's allegations that he is being denied access to his legal documents by 7/20/2020.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/16/2020

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff