UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Lionel McCRAY, Plaintiff,

-v-

Superintendent William LEE, et.al.,
                    Defendants
_____

RECEIVED
OCT -2 2020
PRO SE OFFICE

16-Cv-1730 (KMK)

REQUEST for ENTRY
of DEFAULT

**MEMO ENDORSED**

To: Clerk of the Court for the Southern District of New York

You will please enter the default of Defendants William LEE, Defendant Lt. Plimley and Defendant Sergeant Kutz for failure to plead or otherwise defend as provided by federal Rules of Civil procedure, as appears from the attached declaration of Plaintiff Lionel McCray.

Dated: Marcy, New York
       September 28th, 2020

Signed: McCray
Address: Mid-State Correctional fac.
         P.O. Box 2500, Marcy
         New York 13403

**The Application is DENIED.**

**The Court previously granted Defendants until November 1, 2020 to submit their Motion To Dismiss.  (*See* Dkt. No. 106.)  Plaintiff's Application is therefore untimely.  The Clerk of Court is respectfully directed to terminate the pending motion (Dkt. No. 110).**

SO ORDERED

KENNETH M. KARAS U.S.D.J.

**November 6, 2020**