**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lionel McCray,

               Plaintiff,

        16 - CV - 1730(KMK)

        NOTICE OF MOTION

-v-

        FOR JUDICIAL NOTICE

Superintendent William LEE, et al.,
              Defendants.

    PLEASE TAKE NOTICE, that upon the annexed affirmation of Lionel McCray, affirmed on October 23th, 2020, and the pleadings herein, Plaintiff will move this Court, before the Hon. Judge K.M. Karas, United States District Judge, for an Order to take Judicial Notice of the Anderson v. Coughlin Consent Decree titled " PARTIAL FINAL JUDGMENT CONCERNING RECREATION AND LEGAL MATERIALS AT GREEN HAVEN CORRECTIONAL FACILITY " and " STIPULATION FOR ENTRY OF A PARTIAL FINAL JUDGMENT CONCERNING GREEN HAVEN CORRECTIONAL FACILITY"

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: Marcy, New York

      October 23th, 2020

                                Signed _McCray_

                             Address: Mid- State Correctional Fac.
                                       P.O.Box 2500, Marcy,
                                       New York 13403

RECEIVED
SDNY PRO SE OFFICE
2020 OCT 29 AM 9:51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lionel McCray,

               Plaintiff,

-v-

Superintendent William LEE, et al.,
              Defendants

16 - CV - 1730(KMK)

AFFIRMATION IN SUPPORT OF MOTION FOR JUDICIAL NOTICE

I, Lionel McCray, affirm under penalty of perjury that:

1, I, Lionel McCray, am the Plaintiff in the above entitled action and respectfully move this Court to issue an Order to take Judicial Notice of the Anderson v. Coughlin Consent Decree and its title " PARTIAL FINAL JUDGMENT CONCERNING RECREATION AND LEGAL MATERIALS AT GREEN HAVEN CORRECTION FACILITY " and " STIPULATION FOR ENTRY OF A PARTIAL FINAL JUDGMENT CONCERNING GREEN HAVEN CORRECTIONAL FACILITY"

2. The Anderson v. Coughlin Consent Decree was sanctioned in this Court on January 16th, 1984,,upon the Green Haven Correctional facility and the defendants in the above titled action. The Anderson v. Coughlin Consent Decree is still valid and binding against the defendants.

WHEREFORE, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Marcy, New York
      October 23th, 2020        Signed: _McCray_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lionel McCray,

              Plaintiff,

         16 - CV - 1730(KMK)

         AFFIRMATION OF SERVICE

-v-

Superintendent William LEE, et al.,
         Defendants.

    I, Lionel McCray, declare under penalty of perjury that I have served a copy of the attached Notice of Motion to take Judicial Notice and Affirmation upon Attorney Neil Shevlin, whose address is 28 liberty street, New York, New York 10005, by U.S. Mail.

Dated: Marcy, New York
      October 23th, 2020

          Signed: _McCray_
          Address: Mid-State Correctional Fac.
          P.O. Box 2500, Marcy, N.Y. 13403

As noted previously, (see Dkt. No. 118), the *Anderson v. Coughlin* consent decree affords Plaintiff no relief and is irrelevant to this proceeding. Plaintiff's Application is therefore **DENIED**.

The Clerk of Court is respectfully directed to terminate the pending motion, (Dkt. No. 114).

Defendants should mail a copy of this Order to Plaintiff and certify on the docket that they have done so by November 20, 2020.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

November 17, 2020

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: Lionel McCray   DIN: 10A4365

TO:

Clerk of the Court
Southern District of New York
500 Pearl Street, New York
New York 10007

Pro Se
SM

**LEGAL MAIL**

Mid - State
Correctional Facility

neopost
10/26/2020
US POSTAGE $000.50°
ZIP 13403
041L11251108

2020 OCT 29 AM 9:42
RECEIVED
SDNY PRO SE OFFICE