**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL MCCRAY,

                        Plaintiff,                  **SCHEDULING ORDER**

      -against-                            16 Civ. 1730 (KMK)(JCM)

SUPERINTENDENT WILLIAM LEE, *et al.*,

                        Defendants.
------------------------------------------------------------X

       The Telephone Conference scheduled for August 22, 2022 at 10:30 a.m. is adjourned to August 25, 2022 at 10:30 a.m. The *pro se* Plaintiff and counsel shall call the following number at the time of the conference.

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

It is the responsibility of counsel for the Defendants to make prior arrangements with the appropriate facility to have the *pro se* Plaintiff available via telephone.

       The Clerk is directed to mail a copy of this Order to the *pro se* Plaintiff and terminate the pending motion (Docket No. 157).

Dated: August 16, 2022
        White Plains, New York

                                                      **SO ORDERED:**

                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge